## ORDER TO RESPONDENTS TO SHOW CAUSE

Late yesterday, the U.S. Court of Appeals for the Tenth Circuit ruled in favor of a habeas petitioner that 8 U.S.C. § 1226(a) governs his detention and provides "eligib[ility] for release or entitle[ment] to a bond hearing." *Santillan Quiroz v. Mullin*, No. 26-6019, 2026 WL 1876709, at *1 (10th Cir. June 30, 2026). While this Court is aware of the pending circuit split[1] and the government's petition for a writ of certiorari recently filed in the U.S. Supreme Court concerning the Sixth Circuit case,[2] this lower district court is bound to follow Tenth Circuit authority absent Supreme Court precedent.

Consequently, the Court ORDERS Respondents to show cause within seven days why the petitions for writ of habeas corpus under 28 U.S.C. § 2241 in each of the following cases should not be granted and why Petitioners in each of these cases should not be "provide[d] . . . with a bond hearing or else release[d]." *Santillian Quiroz*, 2026 WL 1876709, at *17 n.13.

1. *Valbuena v. Johnson*, No. 26-cv-00573-JD

2. *Valenciano Loera v. Jones*, No. 26-cv-00677-JD

3. *Yusupov v. Jones*, No. 26-cv-00711-JD

---

[1] *See id.* at *3 (noting that "the Second, Sixth, and Eleventh Circuits have each held that § 1225(b)(2)(A) does not apply to unadmitted noncitizens who, like Santillan Quiroz, are found in the country's interior" while the "Fifth and Eighth Circuits have agreed with the Government that § 1225(b)(2)(A) applies" and noting that "[e]very other numbered circuit has heard argument on the question").

[2] Like the Tenth Circuit, the Sixth Circuit ruled that § 1226(a) applies instead of 8 U.S.C. § 1225(b)(2)(A), which mandates detention. *See* Cert. Pet., *Raycraft v. Lopez-Campos*, No. 25-1415 (filed June 22, 2026).

4.  *Mata v. Mullin*, No. 26-cv-01290-JD

5.  *Ruiz Flores v. Figueroa*, No. 26-cv-01353-JD

6.  *Celik v. Blanche*, No. 26-cv-00248-JD

7.  *De Jesus Gonzalez Escobar v. Figueroa*, No. 26-cv-00409-JD

8.  *Woldemichael v. Bondi*, No. 26-cv-00628-JD

9.  *Usmanov v. Johnson*, No. 26-cv-00800-JD

10. *Bueso Enamorado v. Mullin*, No. 26-cv-00901-JD

11. *Morales-Hernandez v. Blanche*, No. 26-cv-00953-JD

12. *Rashidov v. Warden*, No. 26-cv-01014-JD

13. *Prado Cruz v. Grant*, No. 26-cv-01151-JD

14. *Ardila-Mendez v. Mullin*, No. 26-cv-01164-JD

15. *Singh v. Mullin*, No. 26-cv-00613-JD

16. *Mendez v. Cerna*, No. 26-cv-01600-JD

17. *Hernandez-Sierra v. Mullin*, No. 26-cv-01485-JD

18. *Rojas-Rojas v. Figueroa*, No. 26-cv-01468-JD

IT IS SO ORDERED this 1st day of July 2026.

_____

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE