# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ALI CELIK, )
)
    Petitioner, )
)
v. )   Case No. CIV-26-00248-JD
)
TODD BLANCHE, ET AL., )
)
    Respondents. )

## <u>ORDER</u>

Before the Court is Respondents' Response [Doc. No. 21] to the Court's Order to Show Cause [Doc. No. 20] following the Tenth Circuit's decision in *Santillan Quiroz v. Mullin*, No. 26-6019, 2026 WL 1876709 (10th Cir. June 30, 2026). While they reserve their appellate rights and note their pending petition for a writ of certiorari filed in the U.S. Supreme Court in a case involving the same legal issues, Respondents agree that *Santillan Quiroz* controls this Court's decision in this habeas action.

In accordance with the Tenth Circuit's decision in *Santillan Quiroz*, the Court ACCEPTS the Report and Recommendation [Doc. No. 15] to the extent it recommends that the Court grant in part Petitioner Ali Celik's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 by ordering Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226. The Court, however, declines to address Petitioner's remaining claims.[1] *See Lyng v. Nw. Indian Cemetery Protective Ass'n*, 485 U.S. 439, 445–46 (1988) ("A fundamental and longstanding principle of judicial restraint requires

---

[1] The Court modifies the Report and Recommendation [Doc. No. 15] to the extent set forth in this Order.

2

that courts avoid reaching constitutional questions in advance of the necessity of deciding them. If no additional relief [beyond the statutory claim] would have been warranted, a constitutional decision would have been unnecessary and therefore inappropriate.").

Consequently, the Court GRANTS the Petition [Doc. No. 1] in part and ORDERS Respondents to provide Petitioner Ali Celik with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) days of this Order or otherwise release Petitioner if he has not received a bond hearing within that period. A separate judgment will follow.

IT IS SO ORDERED this 2nd day of July 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE